FILED
8/30/22 3:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 21-10194-TPA |
| | : | |
| Michael J. Colello, Jr. | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 41 |
| | : | |
| Michael J. Colello, Jr. | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
| Respondent | : | |

### ORDER REGARDING DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER

AND NOW on this __30th__ day of _____August_____, 2022 upon consideration of the within Motion, it is hereby **ORDERED, ADJUDGED AND DECREED** that the MOTION FOR RECONSIDERATION OF ORDER is hereby **GRANTED**. The Order Dismissing Case at Docket No. 40 is **VACATED** and the Chapter 13 Case is **REINSTATED**. The Conciliation Conference scheduled to be held on October 11, 2022 will proceed as scheduled.
.

BY THE COURT:

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-10194-TPA
Michael J. Colello, Jr.     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Aug 30, 2022     Form ID: pdf900     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J. Colello, Jr., 3020 Maplewood Drive, Sharpsville, PA 16150-9252 |
| 15361941 | + | Springleaf Financial, Po Box 8321, New Castle, PA 16107-8321 |
| 15383826 | + | Synovous Bank, c/o Vervent Card, 2700 S Lorraine Place, Sioux Falls SD 57106-3657 |
| 15361948 | + | Vervent/First Digital, PO Box 85650, Sioux Falls, SD 57118-5650 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 30 2022 23:48:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15377109 | | Email/PDF: bncnotices@becket-lee.com | Aug 30 2022 23:48:49 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15361922 | | Email/Text: bnc-applied@quantum3group.com | Aug 30 2022 23:33:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 15361920 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 30 2022 23:33:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15374550 | | Email/PDF: bncnotices@becket-lee.com | Aug 30 2022 23:48:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15361921 | + | Email/PDF: bncnotices@becket-lee.com | Aug 30 2022 23:48:35 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15375282 | + | Email/Text: bknotices@totalcardinc.com | Aug 30 2022 23:33:00 | BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 15361923 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 30 2022 23:33:00 | Beneficial, Po Box 3425, Buffalo, NY 14240-3425 |
| 15361924 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2022 23:48:20 | Cap One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15361925 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2022 23:48:20 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15366087 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2022 23:48:20 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15361926 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2022 23:48:20 | Capital One Bank Usa, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15371597 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 30 2022 23:33:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 15361927 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2022 23:48:35 | Citifinancial, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15361928 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2022 23:48:35 | Citimortgage Inc, Po Box 6243, Sioux Falls, SD 57117-6243 |
| 15361929 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

Case 21-10194-TPA  Doc 43  Filed 09/01/22  Entered 09/02/22 00:25:31  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: pdf900 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 30 2022 23:33:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15361930 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 30 2022 23:33:00 | Credit Acceptance Corporation, Po Box 5070, Southfield, MI 48086-5070 |
| 15361931 | | Email/Text: mrdiscen@discover.com | Aug 30 2022 23:33:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15361932 | | Email/Text: mrdiscen@discover.com | Aug 30 2022 23:33:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15373363 | | Email/Text: mrdiscen@discover.com | Aug 30 2022 23:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15361933 | + | Email/Text: EBN@edfinancial.com | Aug 30 2022 23:33:00 | Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15381393 | + | Email/Text: EBN@edfinancial.com | Aug 30 2022 23:33:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15361934 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 30 2022 23:48:21 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15361935 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 30 2022 23:33:00 | GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15380409 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 30 2022 23:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15361936 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 30 2022 23:48:20 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15378138 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2022 23:48:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15361937 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 30 2022 23:48:20 | Midland Mortgage/MidFirst, Po Box 268959, Oklahoma City, OK 73126-8959 |
| 15361938 | + | Email/PDF: cbp@onemainfinancial.com | Aug 30 2022 23:48:48 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15361939 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2022 23:48:48 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15383776 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2022 23:48:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15380382 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 30 2022 23:33:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15363454 | | Email/Text: bnc-quantum@quantum3group.com | Aug 30 2022 23:33:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15363306 | | Email/Text: bnc-quantum@quantum3group.com | Aug 30 2022 23:33:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15361940 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 30 2022 23:33:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15433078 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 30 2022 23:33:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15361942 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 23:48:34 | Synchrony Bank, 200 Crossing Boulevard, Suite 101, Bridgewater, NJ 08807-2876 |
| 15362164 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 23:48:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15361943 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 23:48:48 | Synchrony Bank/JCP, PO Box 965007, Orlando, FL 32896-5007 |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: pdf900 | Total Noticed: 50 |

| 15361944 | + Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 23:48:21 | Synchrony Bank/TJ Maxx, Po Box 965015, Orlando, FL 32896-5015 |
| 15361945 | + Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 23:48:21 | Synchrony Bank/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 15361946 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 30 2022 23:34:00 | Tbom/Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 15361947 | + Email/Text: bncmail@w-legal.com | Aug 30 2022 23:33:00 | Td Bank Usa/Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 15361949 | + Email/Text: bknotices@totalcardinc.com | Aug 30 2022 23:33:00 | Vervent/Tbom, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15361950 | + Email/Text: bnc-bluestem@quantum3group.com | Aug 30 2022 23:34:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15361951 | + Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 30 2022 23:48:49 | Wells Fargo Dealer Svc, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15371598 | *+ | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Michael J. Colello  Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4