**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Michael J. Colello, Jr., | : | Bankruptcy No: 21-10194-GLT |
| *Debtor*, | : | Chapter 13 |
| vs. | : | |
| | : | DOCKET NO.: 69 |
| Applied Bank, | : | |
| *Movant*, | : | |

**NOTICE OF
CHANGE OF ADDRESS**

**Creditor Name:** **Applied Bank**
**Incorrect Address:** **P.O. Box 15809, Wilmington, DE 19850-5809**
**Correct Address:** **P.O. Box 70165, Philadelphia, PA 19176**

Respectfully Submitted,

Date: <u>February 2, 2023</u>

<u>/s/Daniel P. Foster, Esquire</u>
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors