**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Michael J. Colello, Jr., | : | Bankruptcy No: 21-10194-GLT |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 71 |
| | : | |
| Applied Bank, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**      **Applied Bank**
**Incorrect Address:**  **4700 Exchange Court, Boca Raton, FL 33431**
**Correct Address:**    **P.O. Box 70165, Philadelphia, PA 19176**

 

Respectfully Submitted,

Date: <u>February 7, 2023</u>

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtor