FORM JCM 005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 21-10194-JCM** |
| **Michael J. Colello, Jr.,** | : | **Chapter 13** |
| Debtor | : | |
| | : | **Related to Docket No.: 75** |
| **Michael J. Colello, Jr.,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

# NOTICE OF HEARING AND RESPONSE DEADLINE
## REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **February 4, 2024** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **February 20, 2024, at 2:30 p.m**. before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: January 18, 2024

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: January 18, 2024 | *By: /s/ Kristen N. Dennis* |
| | Kristen N. Dennis, PARALEGAL |
| | FOSTER LAW OFFICES, LLC |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 21-10194-JCM<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Jan 18 09:45:57 EST 2024 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 |
| AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Ally Financial<br>P.o. Box 380901<br>Bloomington, MN 55438-0901 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 | Applied Bank<br>PO Box 70165<br>Philadelphia, PA 19176-0165 | BANK OF MISSOURI<br>2700 S LORRAINE PL<br>SIOUX FALLS, SD 57106-3657 |
| Beneficial<br>Po Box 3425<br>Buffalo, NY 14240-3425 | Cap One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank Usa<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 |
| Citifinancial<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Citimortgage Inc<br>Po Box 6243<br>Sioux Falls, SD 57117-6243 | Citizens Bank<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604-4725 |
| Credit Acceptance Corporation<br>Po Box 5070<br>Southfield, MI 48086-5070 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Edfinancial Services<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 | Edfinancial on behalf of US Dept. of Educati<br>120 N. Seven Oaks Dr.<br>Knoxville, TN 37922-2359 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| GM Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Midland Mortgage/MidFirst<br>Po Box 268959<br>Oklahoma City, OK 73126-8959 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 |

```
Onemain                              (p)PORTFOLIO RECOVERY ASSOCIATES LLC,     Premier Bankcard, LLC
Po Box 1010                          PO BOX 41067                              Jefferson Capital Systems LLC Assignee
Evansville, IN 47706-1010            NORFOLK VA 23541-1067                     Po Box 7999
                                                                               Saint Cloud MN 56302-7999


Quantum3 Group LLC as agent for      Quantum3 Group LLC as agent for           Quicken Loans
JHPDE Finance 1 LLC                  Sadino Funding LLC                        1050 Woodward Ave
PO Box 788                           PO Box 788                                Detroit, MI 48226-3573
Kirkland, WA  98083-0788             Kirkland, WA  98083-0788


Rocket Mortgage, LLC f/k/a Quicken Loans, at    Springleaf Financial           Synchrony Bank
635 Woodward Avenue                  Po Box 8321                               200 Crossing Boulevard, Suite 101
Detroit MI 48226-3408                New Castle, PA 16107-8321                 Bridgewater, NJ 08807-2876


Synchrony Bank                       Synchrony Bank/JCP                        Synchrony Bank/TJ Maxx
c/o of PRA Receivables Management, LLC   PO Box 965007                         Po Box 965015
PO Box 41021                         Orlando, FL 32896-5007                    Orlando, FL 32896-5015
Norfolk, VA 23541-1021


Synchrony Bank/Walmart DC            Synovous Bank                             Tbom/Milestone
PO Box 965024                        c/o Vervent Card                          Po Box 4499
Orlando, FL 32896-5024               2700 S Lorraine Place                     Beaverton, OR 97076-4499
                                     Sioux Falls SD 57106-3657


Td Bank Usa/Target Credit            Vervent/First Digital                     Vervent/Tbom
Po Box 673                           PO Box 85650                              Po Box 85710
Minneapolis, MN 55440-0673           Sioux Falls, SD 57118-5650                Sioux Falls, SD 57118-5710


Webbank/Fingerhut                    Wells Fargo Dealer Svc                    Daniel P. Foster
6250 Ridgewood Road                  Po Box 71092                              Foster Law Offices
Saint Cloud, MN 56303-0820           Charlotte, NC 28272-1092                  1210 Park Avenue
                                                                               Meadville, PA 16335-3110


Michael J. Colello Jr.               Ronda J. Winnecour
3020 Maplewood Drive                 Suite 3250, USX Tower
Sharpsville, PA 16150-9252           600 Grant Street
                                     Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Bank                        (d)Discover Financial Services LLC        Jefferson Capital Systems LLC
PO Box 15316                         Po Box 15316                              Po Box 7999
Wilmington, DE 19850                 Wilmington, DE 19850                      Saint Cloud MN 56302-9617
```

Jpmcb Card
Po Box 15369
Wilmington, DE 19850

Portfolio Recovery Associates
120 Corporate Blvd Ste 100
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(u)Rocket Mortgage, LLC f/k/a Quicken Loans,

(d)Quicken Loans
1050 Woodward Avenue
Detroit, MI 48226-3573

End of Label Matrix
Mailable recipients    52
Bypassed recipients     2
Total                  54