**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 21-10194-JCM** |
| **Michael J. Colello, Jr.,** | : | **Chapter 13** |
| Debtor | : | |
| | : | **Docket No.: 77** |
| **Michael J. Colello, Jr.,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the <u>Motion for Approval of Post-Petition Vehicle Financing</u>, filed on January 18, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than February 4, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>February 5, 2024</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: February 5, 2024

By: /s/ Kristen N. Dennis
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 21-10194-JCM<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Jan 18 09:45:57 EST 2024 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 |
| AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Ally Financial<br>P.o. Box 380901<br>Bloomington, MN 55438-0901 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 | Applied Bank<br>PO Box 70165<br>Philadelphia, PA 19176-0165 | BANK OF MISSOURI<br>2700 S LORRAINE PL<br>SIOUX FALLS, SD 57106-3657 |
| Beneficial<br>Po Box 3425<br>Buffalo, NY 14240-3425 | Cap One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank Usa<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 |
| Citifinancial<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Citimortgage Inc<br>Po Box 6243<br>Sioux Falls, SD 57117-6243 | Citizens Bank<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604-4725 |
| Credit Acceptance Corporation<br>Po Box 5070<br>Southfield, MI 48086-5070 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Edfinancial Services<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 | Edfinancial on behalf of US Dept. of Educati<br>120 N. Seven Oaks Dr.<br>Knoxville, TN 37922-2359 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| GM Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Midland Mortgage/MidFirst<br>Po Box 268959<br>Oklahoma City, OK 73126-8959 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 |

```
Onemain                              (p)PORTFOLIO RECOVERY ASSOCIATES LLC    Premier Bankcard, LLC
Po Box 1010                          PO BOX 41067                            Jefferson Capital Systems LLC Assignee
Evansville, IN 47706-1010            NORFOLK VA 23541-1067                   Po Box 7999
                                                                             Saint Cloud MN 56302-7999


Quantum3 Group LLC as agent for      Quantum3 Group LLC as agent for         Quicken Loans
JHPDE Finance 1 LLC                  Sadino Funding LLC                      1050 Woodward Ave
PO Box 788                           PO Box 788                              Detroit, MI 48226-3573
Kirkland, WA  98083-0788             Kirkland, WA  98083-0788


Rocket Mortgage, LLC f/k/a Quicken Loans, at   Springleaf Financial          Synchrony Bank
635 Woodward Avenue                  Po Box 8321                             200 Crossing Boulevard, Suite 101
Detroit MI 48226-3408                New Castle, PA 16107-8321               Bridgewater, NJ 08807-2876


Synchrony Bank                       Synchrony Bank/JCP                      Synchrony Bank/TJ Maxx
c/o of PRA Receivables Management, LLC   PO Box 965007                       Po Box 965015
PO Box 41021                         Orlando, FL 32896-5007                  Orlando, FL 32896-5015
Norfolk, VA 23541-1021


Synchrony Bank/Walmart DC            Synovous Bank                           Tbom/Milestone
PO Box 965024                        c/o Vervent Card                        Po Box 4499
Orlando, FL 32896-5024               2700 S Lorraine Place                   Beaverton, OR 97076-4499
                                     Sioux Falls SD 57106-3657


Td Bank Usa/Target Credit            Vervent/First Digital                   Vervent/Tbom
Po Box 673                           PO Box 85650                            Po Box 85710
Minneapolis, MN 55440-0673           Sioux Falls, SD 57118-5650              Sioux Falls, SD 57118-5710


Webbank/Fingerhut                    Wells Fargo Dealer Svc                  Daniel P. Foster
6250 Ridgewood Road                  Po Box 71092                            Foster Law Offices
Saint Cloud, MN 56303-0820           Charlotte, NC 28272-1092                1210 Park Avenue
                                                                             Meadville, PA 16335-3110


Michael J. Colello Jr.               Ronda J. Winnecour
3020 Maplewood Drive                 Suite 3250, USX Tower
Sharpsville, PA 16150-9252           600 Grant Street
                                     Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Bank                        (d)Discover Financial Services LLC      Jefferson Capital Systems LLC
PO Box 15316                         Po Box 15316                            Po Box 7999
Wilmington, DE 19850                 Wilmington, DE 19850                    Saint Cloud MN 56302-9617
```

```
Jpmcb Card                        Portfolio Recovery Associates        (d)Portfolio Recovery Associates, LLC
Po Box 15369                      120 Corporate Blvd Ste 100            POB 12914
Wilmington, DE 19850              Norfolk, VA 23502                     Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Rocket Mortgage, LLC f/k/a Quicken Loans,    (d)Quicken Loans              End of Label Matrix
                                                1050 Woodward Avenue          Mailable recipients    52
                                                Detroit, MI 48226-3573        Bypassed recipients     2
                                                                              Total                  54
```