**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | **Bankruptcy No. 21-10194-JCM** |
| **Michael J. Colello, Jr.,** | : | **Chapter 13** |
| **Debtor** | : | |
| | : | **Docket No.: 81** |
| **Michael J. Colello, Jr.,** | : | |
| **Movant** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent.** | : | |

## <u>STATUS REPORT</u>

    **AND NOW** this 18th day of March 2024**,** comes Michael J. Colello, Jr.,, ("Debtor"), by and through his attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and files this *Status Report*.  The Debtor avers as follows:

1.  The Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on April 9, 2021 (the "Filing Date").

2.  On January 18, 2024, Debtor filed a *Motion for Approval of Post-Petition Vehicle Financing* to obtain an automobile to replace their vehicle.

3.  On February 5, 2024, this Honorable Court issued an *Order* Granting the Motion for Approval of Post-Petition Vehicle Financing.

4.  At this time, the Debtor has still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

    **WHEREFORE**, the Debtor files this Status Report in compliance with this Honorable Court's Order dated February 5, 2024.

Date: <u>March 18, 2024</u>                              */s/ Daniel P. Foster, Esquire*

Daniel P. Foster, Esquire
PA.  I.D. No. 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA  16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:  dan@mrdebtbuster.com
Attorney for Debtors