Certificate Number: 03088-PAW-DE-041135361

Bankruptcy Case Number: 21-10194



03088-PAW-DE-041135361

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 24, 2026, at 1:06 o'clock PM CDT, Michael Colello Jr completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 25, 2026                      By:       /s/Luis Villarroel

Name:   Luis Villarroel

Title:   Counselor