**Fill in this information to identify the case:**

Debtor 1    **MICHAEL J. COLELLO, JR.**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:  **Western District of Pennsylvania**

(State)

Case Number    **21-10194JCM**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                    **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| **Part 1:** | **Mortgage Information** |

**Name of claim holder:**    ROCKET MORTGAGE LLC FKA QUICKEN LOANS LLC

**Court claim no.**  (if known):
18

**Last 4 digits** of any number you use to identify the debtor's account:    9   5   3   7

**Property Address:**        3020 MAPLEWOOD DR
                             Number        Street


                             SHARPSVILLE                              PA      16150
                             City                                     State   ZIP Code

| **Part 2:** | **Statement of Completion** |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| **Part 3:** | **Arrearages** |

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $       2,643.80 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $       2,643.80 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $       -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $       2,643.80 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:     $        52,585.22

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
June 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

 Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $          -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Ronda J. Winnecour                                            Date    07/02/2026
   Signature

Trustee    Ronda J. Winnecour
           First Name          Middle Name          Last Name

Address    CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
           Number        Street

           PITTSBURGH                          PA      15219
           City                                State   ZIP Code

Contact phone   (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | **COLELLO, JR.** | | Case Number **21-10194JCM** | | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 01/27/2026 | 1350955 | Amounts Disbursed To Creditor | 1,224.62 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 02/24/2026 | 1353318 | Amounts Disbursed To Creditor | 216.36 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 03/25/2026 | 1355706 | Amounts Disbursed To Creditor | 498.36 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 06/25/2026 | 1362877 | Amounts Disbursed To Creditor | 704.46 |
| | | | | Total for Claim Number 18: | 2,643.80 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **2,643.80** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 18 | QUICKEN LOANS LLC FKA QUICKEN L | 06/25/2021 | 1201641 | Amounts Disbursed To Creditor | 1,233.08 |
| 18 | QUICKEN LOANS LLC FKA QUICKEN L | 07/26/2021 | 1204843 | Amounts Disbursed To Creditor | 925.87 |
| 18 | QUICKEN LOANS LLC FKA QUICKEN L | 08/26/2021 | 1207995 | Amounts Disbursed To Creditor | 925.52 |
| 18 | QUICKEN LOANS LLC FKA QUICKEN L | 09/24/2021 | 1211100 | Amounts Disbursed To Creditor | 462.66 |
| 18 | QUICKEN LOANS LLC FKA QUICKEN L | 10/25/2021 | 1214174 | Amounts Disbursed To Creditor | 760.14 |
| 18 | QUICKEN LOANS LLC FKA QUICKEN L | 11/22/2021 | 1217207 | Amounts Disbursed To Creditor | 327.18 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 12/23/2021 | 1220344 | Amounts Disbursed To Creditor | 321.25 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 01/26/2022 | 1223402 | Amounts Disbursed To Creditor | 668.29 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 02/23/2022 | 1226266 | Amounts Disbursed To Creditor | 223.02 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 03/25/2022 | 1229249 | Amounts Disbursed To Creditor | 608.91 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 04/26/2022 | 1232285 | Amounts Disbursed To Creditor | 275.88 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 05/25/2022 | 1235330 | Amounts Disbursed To Creditor | 729.58 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 06/27/2022 | 1238346 | Amounts Disbursed To Creditor | 431.40 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 07/26/2022 | 1241284 | Amounts Disbursed To Creditor | 894.08 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 08/24/2022 | 1244170 | Amounts Disbursed To Creditor | 455.19 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 09/27/2022 | 1247053 | Amounts Disbursed To Creditor | 915.71 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 10/25/2022 | 1249849 | Amounts Disbursed To Creditor | 472.66 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 11/23/2022 | 1252640 | Amounts Disbursed To Creditor | 492.43 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 12/22/2022 | 1255381 | Amounts Disbursed To Creditor | 515.90 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 01/26/2023 | 1258116 | Amounts Disbursed To Creditor | 269.18 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 02/23/2023 | 1260700 | Amounts Disbursed To Creditor | 747.45 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 03/28/2023 | 1263491 | Amounts Disbursed To Creditor | 722.63 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 04/25/2023 | 1266301 | Amounts Disbursed To Creditor | 752.12 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 05/25/2023 | 1269170 | Amounts Disbursed To Creditor | 531.69 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 06/26/2023 | 1272059 | Amounts Disbursed To Creditor | 802.45 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 07/25/2023 | 1274801 | Amounts Disbursed To Creditor | 859.97 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 08/25/2023 | 1277593 | Amounts Disbursed To Creditor | 596.90 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 09/26/2023 | 1280312 | Amounts Disbursed To Creditor | 904.25 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 10/25/2023 | 1283019 | Amounts Disbursed To Creditor | 977.61 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 11/27/2023 | 1285702 | Amounts Disbursed To Creditor | 986.01 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 12/21/2023 | 1288272 | Amounts Disbursed To Creditor | 662.48 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 01/26/2024 | 1290984 | Amounts Disbursed To Creditor | 515.79 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 02/26/2024 | 1293621 | Amounts Disbursed To Creditor | 992.86 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 03/26/2024 | 1296278 | Amounts Disbursed To Creditor | 1,052.07 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 04/25/2024 | 1298940 | Amounts Disbursed To Creditor | 1,057.20 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 05/29/2024 | 1301643 | Amounts Disbursed To Creditor | 1,415.88 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 06/25/2024 | 1304169 | Amounts Disbursed To Creditor | 710.98 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 07/25/2024 | 1306778 | Amounts Disbursed To Creditor | 1,070.40 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 08/26/2024 | 1309331 | Amounts Disbursed To Creditor | 1,432.00 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 09/25/2024 | 1311929 | Amounts Disbursed To Creditor | 718.30 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 10/25/2024 | 1314453 | Amounts Disbursed To Creditor | 1,092.53 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 11/25/2024 | 1317026 | Amounts Disbursed To Creditor | 58.88 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 11/21/2025 | 1346198 | Amounts Disbursed To Creditor | 10,415.71 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 01/27/2026 | 1350955 | Amounts Disbursed To Creditor | 8,014.73 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 02/24/2026 | 1353318 | Amounts Disbursed To Creditor | 896.60 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 03/25/2026 | 1355706 | Amounts Disbursed To Creditor | 896.60 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 04/27/2026 | 1358106 | Amounts Disbursed To Creditor | 841.30 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 05/27/2026 | 1360515 | Amounts Disbursed To Creditor | 538.30 |
| 18 | ROCKET MORTGAGE LLC FKA QUICK | 06/25/2026 | 1362877 | Amounts Disbursed To Creditor | 413.60 |
| | | | | Total for Claim Number 18: | 52,585.22 |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **52,585.22** |

**<u>Certificate of Service</u>**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

MICHAEL J. COLELLO, JR.
3020 MAPLEWOOD DRIVE
SHARPSVILLE, PA  16150

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

ROCKET MORTGAGE LLC FKA QUICKEN
LOANS LLC
635 WOODWARD AVE
DETROIT, MI  48226

Dated: 07/02/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee