**Fill in this information to identify the case:**

Debtor 1  Michael J. Colello, Jr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western   District of Pennsylvania
(State)

Case number  21-10194-JCM

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).

## Part 1:   Mortgage Information

Court claim no. (if known):
18

**Name of claim holder:**   Rocket Mortgage, LLC

**Last 4 digits** of any number you use to identify the debtor's account:   ******9537

**Property address:**   3020 Maplewood Dr
Number      Street

Sharpsville       PA       16150
City                    State      ZIP Code

## Part 2:   Arrearages

The total amount received to cure any arrearages as of the date of this response:   $_____2,643.80_____.

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this response: $ _____.

☐ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this response: $ _____.

| Part 3: | Postpetition Payments |
|---|---|

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

    i.   Date last payment was received on the mortgage:    07/22/2026

    ii.   Date next postpetition payment from the debtor is due:    08/01/2026

    iii.   Amount of the next postpetition payment that is due:    $ 1,066.26

    iv.  Unpaid principal balance of the loan:    $ 80,733.44

    v.  Additional amounts due for any deferred or accrued interest:    $ 255.94

    vi.  Balance of the escrow account:    $ 1,974.28

    vii.  Balance of unapplied funds or funds held in a suspense account:    $ 0.00

    viii.  Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:    $ 0.00

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ */s/ Shawn Miller*                           Date  7/27/2026

Signature

Name    Shawn Miller

First name          Middle name              Last name

Title    Agent for Creditor

Company    Aldridge Pite, LLP

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700

Number          Street

Atlanta                         GA          30305

City                            State        ZIP Code

Contact phone   (404 ) 994-7400                    Email  shawnmiller@aldridgepite.com

```
                                                                              7/24/26
                       ----------------- Payoff Quote Include/Omit Items -----------   10:19:34
                       =================================================              ADD
                   PO Dt   7/30/26      Int Paid To      7/01/26
                   Sub Code    01       Next Due Dt      8/01/26      Int Rate      3.990
Prin Bal      80,733.44       Per Diem Int            8.83      Int Calcs      255.94
Optional Items to I-Include or O-Omit:                          Plan Number     00002
I   Escrow Balance         1,974.28      O  Total Late Charges              .00
    Interest on Escrow           .00     I  Total NSF Charges               .00
I   Escrow Advance              .00      O  Optional Ins Payment            .00
I   Misc Suspense Bal            .00      O  Prepayment Penalty             .00
I   Forbearance Bal             .00      O  Mortgage Ins Premium          53.52
O   Subsidy                     .00      O  Other Fees Due                  .00
O   Hazard Suspense Bal         .00      O  Rebate Points Financed      0000000
    Int on Hazard Loss          .00      I  Deferred Principal              .00
O   Inv. Advance                .00      O  Recording Fee            0000000000000
I   Corp Advance Bal            .00      O  Quote fee                0000000000000
O   Corp Expense Bal            .00      O  Oth2   COUNTY RECORDING FEE  0000000005975
O   Default Int Due             .00      O  Oth1   ANTICIPATED FEE      0000000000000  +
I   Deferred Int                .00      O  MBS Liq Difference             .00
O   Prepaid Ins Rebate          .00
O   Partial Claims              .00
Accept Quote -_Y/N  N                            PO Amt         79,015.10


    F11=Corp Adv    F12=Return    F13=Opt Ins    F14=Corp Expense    F24=More keys
```

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>July 28, 2026</u>

| | |
|---|---|
| Chapter 13 Trustee: | Ronda J. Winnecour |
| Trustee Address: | Suite 3250, USX Tower |
| | 600 Grant Street |
| | Pittsburgh, PA 15219 |
| | |
| Debtor's Counsel Name: | Daniel P. Foster |
| Debtor's Counsel Address: | Foster Law Offices |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| Debtor's Counsel Email: | dan@mrdebtbuster.com |
| | |
| Debtor 1 Name: | Michael J. Colello, Jr. |
| Debtor's Mailing Address: | 3020 Maplewood Drive |
| | Sharpsville, PA 16150 |

 /s/ Ciara M. Pumicpic