**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL J. COLELLO, JR.

        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
     vs.
No Respondents.

Case No.:21-10194

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 28, 2026

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/09/2021  and confirmed on 6/11/21 . The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 96,400.69 |
| Less Refunds to Debtor | 594.54 | |
| TOTAL AMOUNT OF PLAN FUND | | 95,806.15 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,500.00 | |
|   Trustee Fee | 3,529.46 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,029.46 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I<br>Acct: 9537 | 0.00 | 52,585.22 | 0.00 | 52,585.22 |
| ROCKET MORTGAGE LLC FKA QUICKEN I<br>Acct: 9537 | 2,643.80 | 2,643.80 | 0.00 | 2,643.80 |
| SANTANDER CONSUMER USA D/B/A CHR<br>Acct: 1244 | 5,230.99 | 5,230.99 | 2,223.99 | 7,454.98 |
| SANTANDER CONSUMER USA D/B/A CHR<br>Acct: 1244 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 62,684.00 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL J. COLELLO, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL J. COLELLO, JR.<br>Acct: | 568.00 | 568.00 | 0.00 | 0.00 |
| MICHAEL J. COLELLO, JR.<br>Acct: | 26.54 | 26.54 | 0.00 | 0.00 |
| FOSTER LAW OFFICES**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**<br>Acct: | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA D/B/A CHR<br>Acct: 1244 | 25,092.69 | 25,092.69 | 0.00 | 25,092.69 |
| | | | | 25,092.69 |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK<br>Acct: 1002 | 6,749.91 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC/<br>Acct: 2687 | 2,510.54 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC/<br>Acct: 4401 | 1,327.96 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |

21-10194                                                                              Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 1764 | | | | |
| DISCOVER BANK(*) | 4,361.46 | 0.00 | 0.00 | 0.00 |
| Acct: 4165 | | | | |
| US DEPARTMENT OF EDUCATION | 9,765.86 | 0.00 | 0.00 | 0.00 |
| Acct: 0101 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 854.44 | 0.00 | 0.00 | 0.00 |
| Acct: 2885 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 614.56 | 0.00 | 0.00 | 0.00 |
| Acct: 8948 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0176 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3830 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1178 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 5,965.14 | 0.00 | 0.00 | 0.00 |
| Acct: 3238 | | | | |
| SYNOVUS BANK | 97.29 | 0.00 | 0.00 | 0.00 |
| Acct: 5091 | | | | |
| BANK OF MISSOURI | 219.39 | 0.00 | 0.00 | 0.00 |
| Acct: 9147 | | | | |
| BANK OF MISSOURI | 256.54 | 0.00 | 0.00 | 0.00 |
| Acct: 9922 | | | | |
| QUANTUM3 GROUP LLC - AGENT JHPDE | 3,817.70 | 0.00 | 0.00 | 0.00 |
| Acct: 0816 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR SA | 300.05 | 0.00 | 0.00 | 0.00 |
| Acct: 6854 | | | | |
| AMERICAN EXPRESS TRAVEL RELATED S | 449.20 | 0.00 | 0.00 | 0.00 |
| Acct: 1005 | | | | |
| LVNV FUNDING LLC | 2,270.29 | 0.00 | 0.00 | 0.00 |
| Acct: 0771 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 1,387.31 | 0.00 | 0.00 | 0.00 |
| Acct: 9665 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0816 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                              87,776.69

TOTAL CLAIMED
PRIORITY            25,092.69
SECURED              7,874.79
UNSECURED           40,947.64

Date: 07/28/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MICHAEL J. COLELLO, JR.

        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:21-10194

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20_____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Michael J. Colello, Jr.

    Debtor

Case No. 21-10194-JCM

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J. Colello, Jr., 3020 Maplewood Drive, Sharpsville, PA 16150-9252 |
| cr | | Rocket Mortgage, LLC, Aldridge Pite, LLP, Six Piedmont Center 3525 Piedmont Road,, N.E., Suite 700, Atlanta, GA 30305 UNITED STATES |
| 15361941 | + | Springleaf Financial, Po Box 8321, New Castle, PA 16107-8321 |
| 15361948 | + | Vervent/First Digital, PO Box 85650, Sioux Falls, SD 57118-5650 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2026 02:54:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15377109 | | Email/PDF: bncnotices@becket-lee.com | Jul 29 2026 02:54:54 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15361920 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 29 2026 02:52:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15374550 | | Email/PDF: bncnotices@becket-lee.com | Jul 29 2026 02:54:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15361921 | + | Email/PDF: bncnotices@becket-lee.com | Jul 29 2026 02:54:54 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15361922 | + | Email/Text: bnc-applied@quantum3group.com | Jul 29 2026 02:54:00 | Applied Bank, PO Box 70165, Philadelphia, PA 19176-0165 |
| 15375282 | + | Email/Text: famc-bk@1stassociates.com | Jul 29 2026 02:54:00 | BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 15361923 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 29 2026 02:52:00 | Beneficial, Po Box 3425, Buffalo, NY 14240-3425 |
| 15361924 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2026 02:54:47 | Cap One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15361925 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2026 02:54:59 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15366087 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2026 02:54:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15361926 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2026 02:55:00 | Capital One Bank Usa, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15371597 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 29 2026 02:54:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 15361927 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2026 02:54:49 | Citifinancial, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15361928 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | |
|---|---|---|---|
| | | Jul 29 2026 02:55:02 | Citimortgage Inc, Po Box 6243, Sioux Falls, SD 57117-6243 |
| 15361929 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 29 2026 02:53:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15361930 | + Email/Text: ebnnotifications@creditacceptance.com | Jul 29 2026 02:53:00 | Credit Acceptance Corporation, Po Box 5070, Southfield, MI 48086-5070 |
| 15361931 | Email/Text: mrdiscen@discover.com | Jul 29 2026 02:53:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15361932 | Email/Text: mrdiscen@discover.com | Jul 29 2026 02:53:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15373363 | Email/Text: mrdiscen@discover.com | Jul 29 2026 02:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15361933 | + Email/Text: EBN@edfinancial.com | Jul 29 2026 02:53:00 | Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15381393 | + Email/Text: EBN@edfinancial.com | Jul 29 2026 02:53:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15361934 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 29 2026 02:55:01 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15361935 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 29 2026 02:53:00 | GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15380409 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 29 2026 02:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15361936 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 29 2026 02:54:54 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15378138 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2026 02:54:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15361937 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 29 2026 02:54:54 | Midland Mortgage/MidFirst, Po Box 268959, Oklahoma City, OK 73126-8959 |
| 15361938 | + Email/PDF: cbp@omf.com | Jul 29 2026 02:54:51 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15361939 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2026 02:55:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15383776 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2026 02:54:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15380382 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 29 2026 02:54:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15363454 | Email/Text: bnc-quantum@quantum3group.com | Jul 29 2026 02:53:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15363306 | Email/Text: bnc-quantum@quantum3group.com | Jul 29 2026 02:53:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15361940 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jul 29 2026 02:54:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15433078 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jul 29 2026 02:54:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15361942 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2026 02:54:46 | Synchrony Bank, 200 Crossing Boulevard, Suite 101, Bridgewater, NJ 08807-2876 |
| 15362164 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2026 02:54:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

District/off: 0315-1                        User: auto                        Page 3 of 4

Date Rcvd: Jul 28, 2026                      Form ID: pdf900                   Total Noticed: 51

| 15361943 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2026 02:55:00 | Synchrony Bank/JCP, PO Box 965007, Orlando, FL 32896-5007 |
| 15361944 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2026 02:54:47 | Synchrony Bank/TJ Maxx, Po Box 965015, Orlando, FL 32896-5015 |
| 15361945 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2026 02:54:46 | Synchrony Bank/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 15383826 | ^ | MEBN | Jul 29 2026 02:47:34 | Synovous Bank, c/o Vervent Card, 2700 S Lorraine Place, Sioux Falls SD 57106-3657 |
| 15361946 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 29 2026 02:54:00 | Tbom/Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 15361947 | + | Email/Text: bncmail@w-legal.com | Jul 29 2026 02:53:00 | Td Bank Usa/Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 15361949 | + | Email/Text: famc-bk@1stassociates.com | Jul 29 2026 02:54:00 | Vervent/Tbom, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15361950 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 29 2026 02:54:52 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15361951 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jul 29 2026 02:54:54 | Wells Fargo Dealer Svc, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15371598 | *+ | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Michael J. Colello  Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | |

District/off: 0315-1                          User: auto                                    Page 4 of 4
Date Rcvd: Jul 28, 2026                       Form ID: pdf900                               Total Noticed: 51

                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 4